# EXHIBIT "E"

# SNYDER & GONZALEZ, P.A.
## ATTORNEYS AT LAW

**BARRY M. SNYDER** * **
**VICTOR M. GONZALEZ†**
**JULIO E. MUÑOZ**

1558 NE 162 Street, Suite A
North Miami Beach, Florida 33162

BOARD CERTIFIED CIVIL TRIAL LAWYER *
CERTIFIED CIVIL MEDIATOR **
ADMITTED TO THE SUPREME COURT OF THE UNITED STATES†

MIAMI-DADE: (305) 919 9797
TOLL FREE: (800) 400-3144
FACSIMILE: (305) 948-6571

www.barrymsnyder.com

January 23, 2004

**VIA FACSIMILE 954-491-4819
AND REGULAR MAIL**

Bridget Kline
Liberty Mutual
P.O. Box 407013
Ft. Lauderdale, FL 33340



Re: Our Client: The Estate of Alvin Maldonado
    Your Insured: Carlos Clinche
    D/Accident: 01/05/2004
    Claim#: 4234092-03
    Our File#: 041014

Dear Ms. Kline,

Please be advised that this firm represents The Estate of Alvin Maldonado for his death which occurred in the above captioned accident. Our investigation into this matter indicates that your insured's negligence was a contributing factor to this accident.

**We hereby request, in accordance with the Florida Statutes, full disclosure in writing of the liability insurance available to your insured together with copies of the complete applicable policies within 30 days. This request specifically includes any and all excess or umbrella policies and coverages.**

We further request that you provide this office with photo quality copies of any **photographs taken of the property damage sustained by our client's vehicle.**

Very truly yours,

*[signature]*

VICTOR M. GONZALEZ, ESQ.
VMG:rs

LM 0427