# EXHIBIT "G"


# Liberty Mutual®

Liberty Mutual Group

1700 N.W. 49th Street, Suite 100
Ft. Lauderdale, FL  33309
Mailing Address: P.O. Box 407013
Ft. Lauderdale, FL  33340-7013
(954) 771-2155
(800) 275-4103
Fax (954) 491-4819

January 29, 2004

Barry M. Snyder
Snyder & Gonzalez, P.A.
1558 NE 162 Street, Suite A
North Miami Beach, Florida  33162

RE: Your Client:      The Estate of Alvin Maldonado
    Our Insureds:     Carlos Clinche and Julia Clinche(Rolffot)
    Date of Accident: 01/05/2004
    Claim Number:     LA518-4234092-03

COPY

Dear Attorney Snyder,

In follow up to our conversation yesterday and in response to your letter of representation, enclosed is the Declarations Page to our insured's auto policy which indicates that our insured carried liability limits of $25,000.00 per person and $50,000.00 per occurrence at the time of the above referenced accident. There is no known excess policy with Liberty Mutual. I have requested a certified copy of the auto policy and will forward it to you upon receipt.

At this time, Liberty Mutual is offering the $25,000.00 policy limits in order to settle your client's claim against our insureds for the above referenced accident. Enclosed is the Release for your client to sign and send back to us. It's my understanding that you are currently in the process of setting up the Estate. Please advise us when the personal representative of the Estate has been designated and let us know when you would like us to forward the settlement check.

Also, per your request, I have forwarded an affidavit concerning assets and additional insurance to our insureds for completion. Once I am in receipt of the executed documents, I will forward the documents to you.

If you have any questions, or would like to discuss this matter further, please call me.

Sincerely,

Dan Scarborough
Claims Department
Ext. 332


Enclosure

Helping People Live Safer, More Secure Lives.

LM 0390