# EXHIBIT "H"


Liberty Mutual.

Liberty Mutual Group

1700 N.W. 19th Street, Suite 100
Ft. Lauderdale, FL 33309
Mailing Address: P.O. Box 407013
Ft. Lauderdale, FL 33340-7013
(954) 771-2155
(800) 275-1163
Fax (954) 491-1819

January 29, 2004

Carlos Clinche
Julia Clinche(Rolffot)
16065 SW 66th Terrace
Miami, FL 33193

RE: Claimant: The Estate of Alvin Maldonado
    Insureds: Carlos Clinche and Julia Clinche(Rolffot)
    Claim Number: LA518-4234092-03
    Date of Accident: 01/05/04

Dear Insured:

Please be advised that we have offered the $25,000.00 policy limits in order to settle the above referenced claim being made against your policy in exchange for a full release. The claimant's attorney has indicated that, in addition to his demand for the policy limits, he is demanding that you complete an affidavit regarding assets.

The legal effect of a release is that it will terminate any personal exposure you may have to the plaintiff for damages arising from his or her claim against you. Therefore, it is to your advantage to obtain a release. While we intend to tender the policy limits under your policy, the plaintiff is apparently not willing to provide a release to you unless you comply with the remaining conditions of the settlement offer, which terms are outside of our control. Accordingly, because these terms are outside of our control, we will not be able to comply with them without obtaining the requested information and/or documentation from you.

**In an effort to provide the information and/or documentation that counsel has required prior to issuing a release in your favor, we have enclosed a draft affidavit concerning the conditions of the settlement offer for each of you to complete. An affidavit is signed under the penalty of perjury, so it is important that you review the draft affidavit to ensure that it is accurate. If the affidavit is accurate, you may wish to sign it and have it notarized. The terms of the settlement offer cannot be complied with unless we forward the affidavit with this information to the claimant's attorney. If, however, the draft affidavit is not accurate, you should not sign it and you should advise us of this fact.**

It is critical that we receive these documents in sufficient time to forward them to plaintiff's counsel. Please be advised that if you do not provide the requested information to us in sufficient time for us to forward it to plaintiff's counsel, plaintiff will, in all likelihood, not provide a release to you, even if we tender your policy limits. You are, of course, free to seek legal counsel at your own expense to assist you with these matters.

LM 0175

Helping People Live Safer, More Secure Lives.

If you have any questions, please call me at (800)275-4103, extension 332.

Sincerely,

Dan Scarborough
Claims Department

Enclosure

LM 0176