# EXHIBIT "L"

# SNYDER & GONZALEZ, P.A.
## ATTORNEYS AT LAW

BARRY M. SNYDER * **
VICTOR M. GONZALEZ†
JULIO E. MUÑOZ

1558 NE 162 Street, Suite A
North Miami Beach, Florida 33162

BOARD CERTIFIED CIVIL TRIAL LAWYER *
CERTIFIED CIVIL MEDIATOR **
ADMITTED TO THE SUPREME COURT OF THE UNITED STATES†

MIAMI-DADE: (305) 919 9797
TOLL FREE: (800) 400-3144
FACSIMILE: (305) 948-6571

www.barrymsnyder.com

May 14, 2004

Brigitte Klein
Liberty Mutual
P.O. Box 407013
Ft. Lauderdale, FL 33340

RECEIVED MAY 17 2004 FT. LAUDERDALE

VIA CERTIFIED AND
REGULAR MAIL,
RETURN RECEIPT REQUESTED
7003 3110 0003 4953 5914

Re: Our Client: The Estate of Alvin Maldonado
Your Insured: Carlos Clinche
D/Accident: 01/05/2004
Claim#: 4234092-03
Our File#: 041014

Dear Ms. Kline,

The financial affidavits previously provided from Julia Clinche and Carlos Clinche are insufficient as they do not address all assets. We ask that they complete and execute the attached financial affidavits and provide them to use within ten (10) days of receipt of this letter.

Sincerely,

Barry M. Snyder
BMS/rb

LM 0386