# EXHIBIT "M"

## AFFIDAVIT

STATE OF _____,

COUNTY OF_____,

**BEFORE ME,** The undersigned authority, personally appeared, JULIA CLINCHE, who deposes and says:

1.      GENERAL QUESTIONS:

    A.  Name:_____

    B.  Date of Birth:_____

    C.  Place of Birth:_____

    D.  Present Address:_____

    E.  How long in the United States:_____

    F.  Marital Status:_____

    G.  Name and Ages of Children:_____

        _____

        _____

    H.  Social Security Number:_____

2.      EMPLOYMENT AND EARNINGS QUESTIONS:

    A.     Are you employed?_____

        1.     Salary:_____

        2.     Duties:_____

        3.     Concurrent Employment:_____

        4.     How long at each position:_____

    B.     Are you a shareholder or stockholder in employer's company?_____

LM 0404

1.     Do you receive dividends? _____

2.     Do you owe any money to your employer? _____

3.     Do you have an interest in any machinery of your employer? _____

_____

3.    **OWNERSHIP AND ANY INTEREST IN OTHER ITEMS:**

    A.    Land: _____

        1.    Raw Land: _____

        2.    Improved land, buildings, mortgage, and monthly payments for

    each: _____

        3.    Limited Partnerships: _____

        4.    Leased land or equipment: _____

    B.    Automobiles (List year, make, liens or loans): _____

    C.    Inventory:

        1.    Wholesale Value: _____

LM 0405

    2.    Retail Value: _____

D.    Stocks, Bonds, Municipal Bonds (List with amounts owned):_____

_____

_____

_____

E.    Savings Accounts, Checking Accounts: List Banks, account numbers and

balances):_____

_____

_____

F.    Stamps, paintings and livestock (Describe): _____

_____

_____

G.    Boats (Year, Make & Model):_____

_____

H.    Loans due and owing to you (list debtor and amount):_____

_____

4.    <u>OUTSTANDING LOANS AND DEBTS</u>:

A.    Mortgages:_____

_____

B.    Personal loans outstanding:_____

5.    <u>OTHER</u>:

LM 0406

A.    Within the past 12 months have you disposed (through sale, gift, transfer, etc.)

your interest in any property of any sort having a value in excess of

$5,000?_____

B.    If yes, list all property, value of property, consideration you received for the

property, date you disposed of property, and who you received an interest in

the property from you?

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

STATE OF _____

COUNTY OF _____

**BEFORE ME**, the undersigned authority, personally appeared, _____, who

after being first duly sworn, deposes and says that the answers hereto are to the best of his/her

knowledge, information and belief.


_____
JULIA CLICHE

Sworn to and Subscribed before me this _____ day of _____, 2004.


_____
Notary Public,
State of Florida at Large

My Commission Expires:


LM 0408

## AFFIDAVIT

STATE OF _____,

COUNTY OF _____,

**BEFORE ME**, The undersigned authority, personally appeared, CARLOS CLINCHE, who deposes and says:

1.    **GENERAL QUESTIONS:**

    A.  Name: _____

    B.  Date of Birth: _____

    C.  Place of Birth: _____

    D.  Present Address: _____

    E.  How long in the United States: _____

    F.  Marital Status: _____

    G.  Name and Ages of Children: _____

        _____

        _____

    H.  Social Security Number: _____

2.    **EMPLOYMENT AND EARNINGS QUESTIONS:**

    A.    Are you employed? _____

        1.    Salary: _____

        2.    Duties: _____

        3.    Concurrent Employment: _____

        4.    How long at each position: _____

    B.    Are you a shareholder or stockholder in employer's company? _____

LM 0409

1.    Do you receive dividends? _____

2.    Do you owe any money to your employer? _____

3.    Do you have an interest in any machinery of your employer? _____

3.   OWNERSHIP AND ANY INTEREST IN OTHER ITEMS:

A.    Land: _____

   1.    Raw Land: _____

   2.    Improved land, buildings, mortgage, and monthly payments for each: _____

   3.    Limited Partnerships: _____

   4.    Leased land or equipment: _____

B.    Automobiles (List year, make, liens or loans): _____

C.    Inventory:

   1.    Wholesale Value: _____

LM 0410

2.    Retail Value: _____

D.    Stocks, Bonds, Municipal Bonds (List with amounts owned): _____

_____

_____

_____

E.    Savings Accounts, Checking Accounts: List Banks, account numbers and

balances): _____

_____

_____

F.    Stamps, paintings and livestock (Describe): _____

_____

_____

G.    Boats (Year, Make & Model): _____

_____

H.    Loans due and owing to you (list debtor and amount): _____

_____

4.    <u>OUTSTANDING LOANS AND DEBTS:</u>

A.    Mortgages: _____

_____

B.    Personal loans outstanding: _____

5.    <u>OTHER:</u>

A.   Within the past 12 months have you disposed (through sale, gift, transfer, etc.) your interest in any property of any sort having a value in excess of $5,000? _____

B.   If yes, list all property, value of property, consideration you received for the property, date you disposed of property, and name of person or entity that received an interest in the property from you?

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

LM 0412

STATE OF _____

COUNTY OF _____

**BEFORE ME**, the undersigned authority, personally appeared, _____, who

after being first duly sworn, deposes and says that the answers hereto are to the best of his/her

knowledge, information and belief.

\
\
\
CARLOS CLINCHE

Sworn to and Subscribed before me this _____ day of _____, 2004.

\
\
Notary Public,
State of Florida at Large

My Commission Expires:

LM 0413